IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID PERRY,

    Plaintiff,

v.                                        Civil Action No. 3:24cv32

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

    Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter "asking for this Court to intervene" and complaining about his ongoing medical care. (ECF No. 1, at 1.) It appeared that Plaintiff was interested in filing a 42 U.S.C. § 1983 complaint. By Memorandum Order entered on January 29, 2024, the Court mailed Plaintiff a § 1983 complaint form and instructed Plaintiff to complete and return the form if he wished to file a complaint at this time. (ECF No. 2, at 1.) On February 13, 2024, the United States Postal Service returned the January 29, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

Date: 3/1/2024                                                   /s/
Richmond, Virginia                               M. Hannah Lauck
                                                        United States District Judge